UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 14CR10286-(MBB) |
| v. | ) ) | VIOLATIONS: |
| 1. BERNARDINO POLANCO, a/k/a "Prieto," a/k/a "Negro," | ) ) ) | 21 U.S.C. § 846 – Conspiracy to Possess with Intent to Distribute and to Distribute Heroin |
| 2. WELLINGTON TEJEDA, a/k/a "Wellington Tejeda-Villa," a/k/a "Alfredo Hernandez," a/k/a "Luis A. Reyes-Melendez," | ) ) ) ) ) | 21 U.S.C. § 841 – Possession with Intent to Distribute Heroin 18 U.S.C. § 2 – Aiding and Abetting |
| Defendants. | ) ) | 21 U.S.C. § 853 – Forfeiture Allegation |

## INDICTMENT

**COUNT ONE**:  (21 U.S.C. § 846 – Conspiracy To Possess With Intent To Distribute and To Distribute Heroin)

The Grand Jury charges that:

In or about August 2014, at Lawrence, Methuen, Tewksbury and elsewhere in the District of Massachusetts,

1. **BERNARDINO POLANCO, a/k/a "Prieto," a/k/a "Negro," and**

2. **WELLINGTON TEJEDA, a/k/a "Wellington Tejeda-Villa," a/k/a "Alfredo Hernandez," a/k/a "Luis A. Reyes-Melendez,"**

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, to possess with intent to distribute, and to distribute heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1).

All in violation of 21 U.S.C. § 846.

**COUNT TWO**:   (21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Heroin;
18 U.S.C. § 2 – Aiding and Abetting)

The Grand Jury further charges that:

On or about August 26, 2014, in Lawrence, Tewksbury and elsewhere in the District of Massachusetts,

1. **BERNARDINO POLANCO, a/k/a "Prieto," a/k/a "Negro," and**

2. **WELLINGTON TEJEDA, a/k/a "Wellington Tejeda-Villa," a/k/a "Alfredo Hernandez," a/k/a "Luis A. Reyes-Melendez,"**

defendants herein, did knowingly and intentionally possess with intent to distribute heroin, a Schedule I controlled substance.

All in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## FORFEITURE ALLEGATION
## (21 U.S.C. § 853)

The Grand Jury further charges that:

1. Upon conviction of one or more of the offenses alleged in Counts One and Two of this Indictment,

    1. **BERNARDINO POLANCO, a/k/a "Prieto," a/k/a "Negro," and**

    2. **WELLINGTON TEJEDA, a/k/a "Wellington Tejeda-Villa," a/k/a "Alfredo Hernandez," a/k/a "Luis A. Reyes-Melendez,"**

defendants herein, shall forfeit to the United States, jointly and severally, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations. The property to be forfeited includes, but is not limited to:

    a. one gray 2003 Hyundai Elantra bearing Vehicle Identification Number KMHDN45D13U563458 and Massachusetts Registration 285NE7.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants –

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in subparagraphs (a) through (e) of this paragraph.

    All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY

_____
DAVID J. D'ADDIO
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS        October 2, 2014

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

12:09 P.